# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CRIMINAL NO. 10-65-DLB-CJS**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                        **REPORT AND RECOMMENDATION**

**CHARLES FULMER**                                                             **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

On December 4, 2013, this matter came before the Court for a final revocation hearing on a supervised release violation. The Defendant was present in Court and represented by Christopher L. Jackson, Esq., and the United States was represented by Assistant United States Attorney Anthony J. Bracke. The proceeding was electronically recorded and is contained in the Court's audio file at KYED-COV_2-10-cr-65-DLB-CJS-001-20131204_153157; the official record of this proceeding was certified by Linda S. Tierney, Deputy Clerk.

On April 7, 2011, the United States District Court for the Eastern District of Kentucky sentenced Defendant to 30 months' imprisonment, followed by three years of supervised release, for possessing a machine gun that was not registered to him, in violation of 26 U.S.C. § 5861(d). (R. 40). Defendant's term of supervised release began on February 26, 2013.

On October 11, 2013, Defendant tested positive for Oxycodone and ultimately admitted to the Probation Officer he had used pain medication that was not prescribed to him. On October 23, 2013, the presiding District Judge approved the Probation Office's recommendation to continue

Defendant on supervision with enrollment in substance abuse treatment and an increase in drug testing. (R. 42).

On November 15, 2013, Defendant reported to the Probation Office to submit to a random drug screen. Prior to testing the sample, Defendant admitted he had taken Percocet that was not prescribed to him on November 12 and 13, 2013.

The Defendant stands before the Court and is charged with the following violation:

**Violation #1 - (Condition #1) The defendant shall not purchase, possess, use, or distribute any controlled substance except as prescribed by a physician.**

The Defendant admits that he committed the violation as set out in the November 20, 2013, violation report of the U.S. Probation Officer. The parties have also reached an agreement as to the appropriate punishment for this infraction. After considering the violations, the circumstances surrounding these violations, and the positions of the parties, it will be recommended that Defendant's supervised release not be revoked, but that the conditions of his supervised release be modified as set forth below. Defendant has executed a waiver of his right to allocution.

The undersigned being satisfied from dialogue with the Defendant that he understands the nature of the charge currently pending, has had ample opportunity to consult with counsel, and enters this agreement knowingly and voluntarily;

Accordingly, **IT IS RECOMMENDED** as follows:

1.   Defendant be found to have **violated** the terms of his supervised release as set out in Violation #1 above; and,

2. Defendant be required to serve the remaining term of his supervised release subject to the standard and special conditions originally imposed by the District Court on April 8, 2011 (R. 40) and amended on October 23, 2013 (R. 42), with the following additional modifications:

    a. Defendant to serve **four consecutive weekends** of incarceration, with a turn in date **not prior to December 20, 2013;** and,

    b. Defendant's sessions for substance abuse counseling be increased from once a month to once a week.

The Clerk of Court shall forthwith submit the record in this matter to the presiding District Judge for consideration, Defendant and the United States having waived the period for the filing of objections hereto this Report and Recommendation.

Dated this 9th day of December, 2013.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\DATA\S.R. violations R&R\10-65-RR modifying sr.wpd