**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 10-65-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**

**vs.**         **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**CHARLES FULMER**                                                                                     **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the December 9, 2013 Report and Recommendation (R&R) of the United States Magistrate Judge, wherein she recommends that Defendant be required to serve the remaining term of his supervised release subject to the standard and special conditions imposed by the Court on April 8, 2011 and amended on October 23, 2013. (Doc. # 51). The Magistrate Judge also recommends that Defendant serve four consecutive weekends of incarceration, with a turn in date not prior to December 20, 2013, and that his counseling sessions for substance abuse be increased from once a month to once a week. (*Id.*).

The Court held a final revocation hearing on December 4, 2013, during which Defendant stipulated to the violations contained in the Supervised Release Violation Report of United States Probation Officer Leanne Vonderhaar. (Docs. # 42 and 43). At the conclusion of the hearing, the Magistrate Judge submitted the R&R which is presently before the Court. (Doc. # 51).

1

Defendant having executed a waiver of his right to allocution (Doc. # 49), and Defendant and the United States having waived the period for filing objections to the R&R, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that it is sound in all respects, including the recommended modifications to the terms of Defendant's supervised release and the basis for said modifications, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 51) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) In accordance with the Magistrate Judge's proposed modifications to the terms of Defendant's supervised release, the Court shall require Defendant to serve **four (4) consecutive weekends** of incarceration, with a turn in date **not prior to December 20, 2013**, and to attend substance abuse counseling sessions **once a week**;

(4) Aside from the aforementioned modifications, Defendant shall serve the remaining term of his supervised release subject to the standard and special conditions imposed by the Court on April 8, 2011 and amended on October 23, 2013; and

(5) A judgment shall be entered contemporaneously herewith.

This 11th day of December, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2010\10-65 Order Adopting R&R re SRV.wpd